■ In the Matter of ROBERT J. FORREST (Admitted as ROBERT FORREST), a Suspended Attorney. [713 NYS2d 463] —Motion for reargument granted, and upon reargument, this Court adheres to its prior decision (265 AD2d 12) suspending respondent for a

period of six months, effective March 16, 2000. No opinion. Concur—Sullivan, P. J., Nardelli, Rubin, Andrias and Friedman, JJ.